## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                                              Chapter 7 No. 09-60635

Charles Steven Pelzer and Rosalba Pelzer

              Debtors.                                                Hon. Walter Shapero

_____/

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR TRUSTEE ABANDONMENT OF PROPERTY LOCATED AT 42578 FLIS DR, STERLING HEIGHTS, MI 48314-2845

NOW COMES Mortgage Electronic Registration Systems, Inc., as Nominee for Lender and Lender's Successors and/or Assigns with BAC Home Loans Servicing, L.P., fka Countrywide Home Loans Servicing, L.P., as Servicer for Lender, by and through its attorneys, Trott & Trott, P.C., and shows unto this Honorable Court as follows:

1.    That Movant is a holder of a mortgage on property owned by the Debtor(s) and located at 42578 Flis Dr, Sterling Heights, MI 48314-2845 (see attached copy of loan document(s));

2.    That the Debtor(s) filed Chapter 7 Bankruptcy on June 30, 2009;

3.    That pursuant to 11 U.S.C. § 362(d)(1), upon request of a party in interest, the court shall grant relief from stay for cause, including lack of adequate protection of such party in interest;

4.    That pursuant to 11 U.S.C. § 554(b), on request of a party in interest, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate;

5.    That pursuant to the mortgage agreement, the Debtor(s) are required to remit monthly payments to Movant currently in the amount of $1,762.45;

6.    That pursuant to the books and records of Movant, the Debtor(s) has failed to remit the required payments;

7.    That Movant is not adequately protected as the direct payments are not being remitted and the loan is currently six (6) months in default, due and owing for February 1, 2009. At the time of the default, the payment amount was $1,762.45. Payment amounts may have changed since that time;

8.    That pursuant to the Statement of Intention, the subject property is to be surrendered;

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

9. That pursuant to 11 U.S.C. § 362(d)(2)(A) and (B), the Court shall grant relief from the stay if the Debtors do not have any equity in the property and the property is not necessary to an effective reorganization;

10. That the approximate market value of the subject property is $275,000.00;

11. That the total debt owing to Movant, is approximately $320,930.00, which includes Movant's Attorney fees and costs for filing this motion;

12. That IndyMac Mortgage Services may have an additional $68,895.00 interest, Macomb County Treasurer may have an additional $387.35 interest and City of Sterling Heights Treasurer may have an additional $3,872.68 interest in the subject property to the knowledge and belief of Movant;

13. That no other creditor will receive any benefit from the sale of the subject property;

14. That in the event the automatic stay is terminated to allow Creditor to commence or continue its federal and/or state law rights as to the property, and Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s)/homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period.

15. That the subject property is of inconsequential value and benefit to the estate and is therefore burdensome and should be abandoned by the Trustee;

16. That pursuant to Local Bankruptcy Rule 9014-1(b)(4), attached is a copy of the proposed ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND FOR TRUSTEE ABANDONMENT OF PROPERTY LOCATED AT 42578 FLIS DR, STERLING HEIGHTS, MI 48314-2845 labeled as Exhibit "1";

17. That in the event a hearing on this motion is held and after said hearing the Court orders submission of an order in substantial compliance with Exhibit 1, presentment of said order shall be waived;

18. Concurrence from debtor's attorney and from Chapter 7 trustee was sought by movant's attorney's office on July 8, 2009 and concurrence was not able to be obtained from all parties.

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN HIGHWAY, SUITE 200
FARMINGTON HILLS, MI 48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

WHEREFORE, Movant respectfully requests that the Court enter an ORDER GRANTING

RELIEF FROM THE AUTOMATIC STAY AND FOR TRUSTEE ABANDONMENT OF

PROPERTY LOCATED AT 42578 FLIS DR, STERLING HEIGHTS, MI 48314-2845 for good

cause shown pursuant to 11 U.S.C. §362(d)(1) and/or (d)(2); and whatever other relief the Court

deems just and equitable.

<div style="margin-left:50%">

Respectfully Submitted,
Trott & Trott, P.C.

</div>

Dated: July 14, 2009

<div style="margin-left:50%">

/S/ Fatima Siddique (P70004)
/S/ Laura Davis (P71064)
/S/ Eva Goldstein (P63018)
Attorney for Mortgage Electronic
Registration Systems, Inc., as Nominee for
Lender and Lender's Successors and/or
Assigns with BAC Home Loans Servicing,
L.P., fka Countrywide Home Loans
Servicing, L.P., as Servicer for Lender
31440 Northwestern Highway, Suite 200
Farmington Hills, MI 48334-2525
248.642.2515
Email: EasternECF@trottlaw.com

</div>

T&T #261883B02 /Team 2

**TROTT & TROTT, P.C.**
31440 NORTHWESTERN
HIGHWAY, SUITE 200
FARMINGTON HILLS, MI
48334-2525
PHONE 248.642.2515
FACSIMILE 248.642.3628

**EXHIBIT 1**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:                                                              Chapter 7 No. 09-60635

Charles Steven Pelzer and Rosalba Pelzer
                               Debtors.              Hon. Walter  Shapero
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND FOR TRUSTEE ABANDONMENT OF PROPERTY LOCATED AT 42578 FLIS DR, STERLING HEIGHTS, MI 48314-2845

Mortgage Electronic Registration Systems, Inc., as Nominee for Lender and Lender's Successors and/or Assigns with BAC Home Loans Servicing, L.P., fka Countrywide Home Loans Servicing, L.P., as Servicer for Lender, by and through its attorneys, Trott & Trott, P.C., having filed a Motion For Relief and Trustee Abandonment with respect to the property located at 42578 Flis Dr, Sterling Heights, MI 48314-2845; and the Court being in receipt of the Motion, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 42578 Flis Dr, Sterling Heights, MI 48314-2845 to allow Creditor to commence or continue its federal and/or state law rights to the property.  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

IT IS HEREBY FURTHER ORDERED that upon entry of this Order, the estate's interest and/or any other interest in the Property located at 42578 Flis Dr, Sterling Heights, MI 48314-2845 is abandoned by the Chapter 7 Trustee.