Form ntcabuse

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **09−60635−wsd**
Chapter: 7

In Re: (NAME OF DEBTOR(S))

Charles Steven Pelzer                        Rosalba Pelzer
42578 Flis Dr.                               42578 Flis Dr.
Sterling Heights, MI 48314                   Sterling Heights, MI 48314

Social Security No.:
xxx−xx−3103                                  xxx−xx−5650

Employer's Tax I.D. No.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's currently monthly in come, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec.707(b)(2)(B). Filed by U.S. Trustee Daniel M. McDermott. (Foust, David)

Dated: 8/13/09

United States Trustee

# CERTIFICATE OF NOTICE

```
The following entities were noticed by first class mail on Aug 15, 2009.
db/jdb     +Charles Steven Pelzer,   Rosalba Pelzer,   42578 Flis Dr.,   Sterling Heights, MI 48314-2845
17687644    Amazon Visa,   P O Box 94014,   Palatine, IL 60094-4014
17687645    American Express,   P O Box 0001,   Los Angeles, CA 90096-0001
17687647    BP/Cardmember Service,   P O Box 94014,   Palatine, IL 60094-4014
17687646    Bank Of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
17687648    Capital One Bank,   P O Box 6492,   Carol Stream, IL 60197-6492
17687649   +Chase Mastercard - Cardmember Service,   P.O. Box 94014,   Palatine, IL 60094-4014
17687650   +Chase Visa - Cardmember Service,   P.O. Box 94014,   Palatine, IL 60094-4014
17687651    Chrysler Financial,   P O Box 9001921,   Louisville, KY 40290-1921
17687652    Countrywide Home Lones,   P.O. Box 5170,   Simi Valley, CA 93062-5170
17687653    Credit Card Services,   P O Box 42010,   Providence, RI 02940-2010
17687654    Express,   P.O. Box 659728,   San Antonio, TX 78265-9728
17687655    First National Bank Omaha,   P.O. Box 2557,   Omaha, NE 68103-2557
17687656    Ford Credit,   Department #267901,   P.O. Box 55000,   Detroit, MI 48255-2679
17715609    Ford Motor Credit Company LLC,   Dept 55953,   P O Box 55000,   Detroit MI  48225-0953
17687657    Indy Mac Mortgage Services,   P O Box 4045,   Kalamazoo, MI 49003-4045
17687658   +Provident Funding,   1235 North Dutton Ave.,   Suite E,   Santa Rosa, CA 95401-4666
17687659    Sams Club Discover,   P O Box 960013,   Orlando, FL 32896-0013
17687660    Sears Mastercard,   P.O. Box 183082,   Columbus, OH 43218-3082
17687661   +Troy Gastroenterology, PC,   1701 E South Blvd,   Rochester Hills, MI 48307-6122
17687643   +U.S. Trustee,   211 W. Fort St.,   Ste. 700,   Detroit, MI 48226-3263

The following entities were noticed by electronic transmission.
NONE.                                                                      TOTAL: 0


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust        Daniel M. McDermott
cr         Ford Motor Credit Company, LLC
cr         Mortgage Electronic Registration Systems, Inc.
17755432*  Ford Motor Credit Company LLC,   Dept 55953,   P O Box 55000,   Detroit MI  48225-0953
                                                                      TOTALS: 3, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2009          Signature:  _Joseph Speetjens_